AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br>ROBERT M. RUMSBY<br>60 Storck Road<br>Fredericksburg, VA 22406<br>DOB 1989, SSN ***-**-7614<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.<br><br>19-mj-- |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **between 6/3/2015 and 1/2017** in the county of **Prince George's** in the **_____** District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 641 | did knowingly and wilfully embezzle, steal, purloin and knowingly convert to his use things of value belonging to the United States, to wit: four sets of dog tags dating from World War II, belonging to the National Archives |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S.A. D. Stupar, NARA OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/07/2019

_____
*Judge's signature*

City and state: Greenbelt, Maryland

U.S. Magistrate Judge Gina Simms
*Printed name and title*