# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk  
Catherine M. Stavlas, Chief Deputy  
Elizabeth B. Snowden, Chief Deputy

Reply to Southern Division Address

May 30, 2019

# RECEIPT FOR SURRENDER OF PASSPORT

USA v. Robert M Rumsby  
8:19−mj−01626−TMD *SEALED*

Received 5/30/2019 from Wife of the Defendant:Brittany Amber Spencer, one passport ending with 1435 issued by the country of the United States of America which is being surrendered to the Court as a special condition of the defendant's release. This passport is to be held in the custody of the Court until further ordered. Following the termination of these proceedings, the Clerk will order the destruction of any passport in custody beyond twenty years from date of issuance of the passport.

Very truly yours,

_____/s/_____  
Felicia C. Cannon  
Clerk, U.S. District Court  
District of Maryland  
prepared by: N. Uddin